**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MAUREEN MENKE,

    Plaintiff,

v.                                                     Case No: 8:14-cv-449-T-30MAP

ESTES EXPRESS LINES
(CORPORATION),

    Defendant.

_____

## ORDER

The Court has been advised via a Mediation Report (Dkt. #16) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 27th day of May, 2014.

                                                                       JAMES S. MOODY, JR.
                                                                       UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record